UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PASQUARELLO

CIVIL ACTION NO.: 1:21-CV-08732-JMF

*Plaintiff*

vs

CROTHALL HEALTHCARE, INC. and MICHAEL ROCHE

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **11/17/2021** at **12:08 PM** at **126 East 56th Street, 5th fl., New York, NY 10022**

deponent served a(n) **Summons in a Civil Action and Complaint Demand for Jury Trial**

on **Crothall Healthcare, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Chris Hariegel** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Brown
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight : Over 200 Lbs.
Other :

Sworn to before me this
18th day of November, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan Pimentel
License No.2066974