UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PASQUARELLO

CIVIL ACTION NO.: 1:21-CV-08732-JMF

vs **Plaintiff**

CROTHALL HEALTHCARE, INC. and MICHAEL ROCHE

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **11/17/2021** at **12:08 PM** at **126 East 56th Street, 5th fl., New York, NY 10022**

deponent served a(n) **Summons in a Civil Action and Complaint Demand for Jury Trial**

on **Michael Roche**

by delivering thereat a true copy of each to **Chris Hariegel** [authorized to accept service], a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **126 East 56th Street, 5th fl., New York, NY 10022**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **11/23/2021**

**c/o Crothall Healthcare, Inc.**

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
23rd day of November, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan Pimentel
License No.2066974