UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                          :

JOSEPH PASQUARELLO,                      :

                  Plaintiff,        :

                          :        21-CV-8732 (JMF)

     -v-                    :

                          :         ORDER

CROTHALL HEALTHCARE, INC. and MICHAEL  :
ROCHE,                          :

                          :

               Defendants.     :

                          :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record at the teleconference held on June 28, 2022,

Defendants' motion to compel arbitration and dismiss this action, ECF No. 20, is DENIED.  All

dates and deadlines, including the July 26, 2022 pretrial conference, *see* ECF No. 24, remain in

effect.  The Clerk of Court is directed to terminate ECF No. 20.

      SO ORDERED.

Dated:  June 29, 2022
       New York, New York                                JESSE M. FURMAN
                                           United States District Judge