JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

**D. MAIMON KIRSCHENBAUM**
Maimon@jk-llp.com
(917) 842-3180

August 11, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

Re:    *Pasquarello v. Crothall Health Care, Inc., et al.,* Case No. 21-cv-08732-JMF

Dear Judge Furman:

Pursuant to the case management plan in this case, the Parties submit the following information in advance of the August 16, 2022 Conference:

### (1)    A Statement of all Existing Deadlines

Discovery is complete, with the exception of one deposition, which the Parties have agreed—with Your Honor's permission—shall take place sometime before trial. This was due to the witness' medical condition and current unavailability.

### (2)    A Brief Discussion of any Outstanding Motions

There are no outstanding motions.

### (3)    A Brief Discussion of the Status Discovery

See Section 1 of this letter.

### (4) & (5). Settlement Discussions

The Parties attended a half-day mediation in March of 2022. That mediation was unsuccessful. Plaintiff made a revised settlement demand on July 8, 2022. The Parties do not believe that a settlement conference would be useful at this point, given the straightforward communications regarding settlement to this point.

**(6)   Anticipated Length of Trial/Jury**

The Parties anticipate trial will last 3-4 days. The case will be tried by a jury.

**(7)   Summary Judgment Motions**

Plaintiff will not move for summary judgment. Defendants intend to move for summary judgment and request that the deadline to file Defendants' motion to be extended to October 4, 2022, which is 30 days from the current deadline. Defendants also request that Plaintiff's opposition be submitted by November 1, 2022 and that Defendants' reply be submitted by November 15, 2022.

The pretrial conference scheduled for August 16, 2022, is CANCELED. Defendants' proposed schedule for briefing its motion for summary judgment is hereby **ADOPTED**. The parties are granted leave to take the one remaining deposition any time between now and filing of Defendants' reply.

Dated: August 11, 2022
   New York, NY

SO ORDERED.

August 11, 2022

Respectfully submitted,

LITTLER MENDELSON P.C.                                JOSEPH & KIRSCHENBAUM LLP

By: /s/ Zack Sharpe                                           By: /s/ D. Maimon Kirschenbaum
   Zack G. Sharpe, IV                                              D. Maimon Kirschenbaum

900 Third Avenue                                              32 Broadway
New York, NY 10022                                         New York, NY 10004
(212) 471-4411                                                   (212) 688-5640
zsharpe@littler.com                                           maimon@jk-llp.com