# EXHIBIT A



**JOB DESCRIPTION**

**Job Title:**      Fire Safety Assistant Director
**Division:**        Plant Operations & Maintenance
**Reports To:**   Director of Engineering/ Designated
**Prepared Date:** 11/02/2020

## SUMMARY:

The Fire Safety Assistant Director administers and manages fire safety personnel and directs programs associated with fire safety, life safety and AHJ compliance. The Fire Safety Assistant Director works under the direction of the Facilities Engineering Senior Director.

## ESSENTIAL DUTIES AND RESPONSIBILITIES:

Oversees and implements all Fires Safety department areas of responsibility including but not limited to the following:

- Oversee programs for fire alarm & fire suppression testing and life safety PM's.
- Oversee maintenance of fire alarm and fire suppression systems.
- Carry out and supervise the implementation of ILSM's in response to system deficiencies and construction.
- Perform audits and ensure full life safety and fire safety compliance with joint commission standards and all AHJ's.
- Oversee and participate in programs for reviewing construction projects to ensure compliance.
- Oversee fire drill and in-service training programs.
- Implement and manage building Fire Safety Plans.
- Manage programs for FDNY lab inspections and all laboratory AHJ life safety and fire safety compliance programs.
- Maintain public assembly compliance and permitting.
- Oversee programs for fire stopping and corrective work for life safety deficiencies.
- Participate in Facility Emergency Management meetings, Safety Committee meetings and Executive Lab Safety meetings.

Initials: _____

CH001664

- Oversees contractor and consultant agreements and associated costs for project work and maintenance of fire safety systems and other work under the purview of the fire safety department.
- Oversees programs for Fire Safety Shutdowns, hot work permits, ceiling access.
- Oversees and manages programs to respond and clear FDNY and ECB violations.
- Oversees programs for fire watch usage and implementation.
- Participates in fire alarm and fire suppression system upgrade projects.
- Reviews and evaluates existing programs, services, policies and procedures. Develops, recommends to Engineering Director/Designated and implements or guides implementation of new and/or modified programs, services, policies and/or procedures.
- Meets with client, medical, administrative, and supervisory staff, as well as community groups, agencies, contractors, and consultants to plan, organize, coordinate, and/or communicate programs, services, policies and/or procedures.
- Monitors flow and quality of work to assure timely completion of workload and adherence to facility's standards and regulations.
- Prepares and manages Fire Safety departmental budgets.
- Prepares and maintains a variety of departmental records and reports.
- Performs other services and duties, as delegated, and serves on a variety of facility committees as required by Senior Director and Administration.

**SUPERVISORY FUNCTIONS:**

- Supervises fire safety management and hourly staff.
- Assigns work to staff.
- Participates in Union collective bargaining process when appropriate.
- Monitors work performance and prepares/reviews performance evaluations for assigned personnel.
- Schedules and approves vacation and holidays.
- Orients new employees and provides on-the-job training to assigned personnel.
- Resolve complaints and disciplines employees, as required.
- Interviews applicants and recommends qualified individuals for hire.
- Informs employees of salient features of facility's personnel and employee relations programs and answers questions regarding it or refers them to appropriate sources for additional information.

Initials: _[signature]_

QUALIFICATIONS:

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Assistant Director level fire safety job experience in a large hospital facility.
- NYC fire and life safety job experience
- Ability to communicate effectively in written format and oral presentations
- Ability to multi-tasks and establish priorities
- Ability to maintain organization in a changing environment
- Exhibits initiative, responsibility, flexibility, interpersonal skills and leadership
- Possess a thorough knowledge of contract administration and office procedures
- Ability to use working knowledge of working environment to meet established goals and objectives
- Possess a strong knowledge and understanding of healthcare systems and operations.
- Must have knowledge and expertise in NFPA, TJC, CMS, DNV, EPA, and OSHA codes and regulations and the ability to interpret and implement.

EDUCATION/EXPERIENCE:

Bachelor's degree in engineering or related fields and 5 years responsibility at an Assistant director level or 8+ years of applicable experience in health care institution preferred, with related continuous education courses. Strongly preferred certifications include:

- OSHA 10 hr
- F-85 Fire Safety Director w/ active shooter & medical emergency preparedness
- S-12 Sprinkler System Certificate of Fitness
- S-13 Standpipe System Certificate of Fitness
- S-95 FA System Certificate of Fitness
- F-07 Fire & Emergency Drill Certificate of Fitness
- NFPA 101 training

*Equipment, Machine, or Manual Skills Required:*

- Good physical condition and ability to operate departmental equipment.

Initials: _____

CH001668

*Physical Demands:*

- Sits; stands; bends; kneels; climbs stairs, ladders and equipment; has good sense of balance to work on heights. Some lifting of medium and/or heavy equipment and tools.

*Working Conditions:*

- Some exposure to hazards or risks. Heat, noise, dust and dirt, areas requiring infection control. Ability to meet deadlines and make sound decisions, sometimes under stress. Work whatever hours are necessary to maintain facility in a safe manner including nights and weekends.

*Personal Contacts:*

- Administrative, medical, and supervisory staff, employees, patients, representatives of governmental agencies, architects, contractors, vendors, etc. Interpersonal skills necessary to deal effectively and courteously with the above contacts.

**COMPUTER SKILLS:**

Proficient in the use of Windows based office software including but not limited to Microsoft Office, Word, Excel, PowerPoint and Outlook.

Associate Name: JOSEPH PASQUARELLO

Signature: *[signed]*

Date: 11-2-2020

Initials: *[initialed]*