# EXHIBIT B

# Year End Process


COMPASS GROUP

1. **What went really well this year? What strengths did your associate demonstrate or develop? What did your associate really excel at this year? How did they motivate, inspire and drive results from their team (only applicable if a manager of people)? Share your thoughts below.**

Joe has improved the fire marshal documentation in terms of training and developing policies and procedures. He has made personnel improvements within the department and hired more qualified staff. Much of the multiyear required testing is getting completed this year, there was a large learning curve but it is on pace to getting completed.

2. **What are areas that need focus for development/improvement? What should your associate focus on to further their development on an ongoing basis? How can they continue to develop their leadership/management skills (mainly applicable if a manager of people)? Share your thoughts below.**

Joe needs to get more into the weeds on some issues, needs to focus on details and ask follow up questions to expand on the work actually being performed. When presenting a new plan or reviewing a necessary repair, Joe regularly does not have a good understanding of all of the information required to accomplish that task. Time management needs to be improved, PMs continue to be closed the last day of the month, ILSM reviews are not completed on time and PCRA request take longer than they should. He needs to have a better handle on finances, particularly Pyrosignal. Changes in the management personnel should help with some of these issues.

3. **Take a moment to reflect on your associate's performance as it relates to the Compass Group competencies and input feedback below (for more information about our Compass competencies CLICK HERE):**

   - Focusing on clients and consumers
   - Developing winning teams
   - Building strong relationships
   - Seeing the bigger picture
   - Innovating and improving
   - Delivering results

Joe is good at recognizing the bigger picture and understanding how his work related to that. The development of the team needs work but I think with additional personnel and Joe's attention that can be accomplished. Delivering results is generally good but needs improvement, during this year's audit, there were a number of missing documents which required the department to scramble to get everything in line.

4. **Don't forget to check in and revisit career or development conversations you've had in the past. This is the perfect opportunity to reconnect. Capture your notes from the conversation below.**

Joe has been here a year and has a generally good understanding of the needs of the account. He does have a lot to still learn in terms of the fire protection systems and will need to fully understand this in the coming year. Joe needs to obtain his FLSD for at least one building on campus in the next 12 months.

_____          _____          10/29/20
Associate Signature                    Manager Signature                          Date