# EXHIBIT C

## ASSOCIATE COUNSELING REPORT

| ASSOCIATE NAME:<br>Joseph Pasquarello | JOB TITLE:<br>Assistant Director of Fire Safety | DATE:<br>June 1, 2021 |
|---|---|---|
| OPERATION NO.<br>48007 | OPERATION NAME:<br>Mount Sinai Hospital | LOCATION:<br>New York, NY |

PURPOSE OF CONFERENCE/WORK RULE VIOLATED:

**C.4 Neglect of job duties and responsibilities where gross neglect is not involved**

DETAILED ACCOUNT OF INCIDENT RESULTING IN CONFERENCE:

#1 On May 18th, we received a report from our insurance provider following a May 6th planned site visit. Joseph Pasquarello was informed of the impairment to the 1184 fire pump. He notified FDNY but did not notify our insurance provider. As a result, the insurance provider added a deficiency which was previously removed and may cause insurance premiums to increase.

#2 2020 Annual fire door inspection originally performed beginning July 2021, completed in November 2020 but no work orders were created by Fire Safety to track repairs and life safety deficiencies. The expectation was reviewed with Joe and a procedure was put in place to track any deficiencies moving forward. Instead of waiting until July, we decided to perform the testing again starting in February in order to better track the repairs. Joe managed the inspection as well as the repairs but again did not create any life safety work orders to track the repairs. This was brought to my attention during monthly document review the week of May 10th.

A performance improvement plan will accompany this document and will be presented to the associate when reviewing this form.

ASSOCIATE'S RESPONSE TO THIS DISCUSSION: *(If the Associate disagrees with any of the information contained in this Associate Counseling Report, the Associate may submit a written statement explaining his/her position):*

ACTION TAKEN:
(Check "X")

| First<br>Progressive<br>Counseling | X | Second<br>Progressive<br>Counseling | Final<br>Progressive<br>Counseling | Discharge |
|---|---|---|---|---|

REFERENCE TO PREVIOUS CONFERENCES OR RELATED INCIDENTS:
N/A

This will confirm that the foregoing report has been discussed with the Associate involved and that he/she has been advised that satisfactory improvement must be shown and maintained or further action will be taken.

COPIES TO:

(Original) _____ Associate File
(Copy) _____ Associate

Witness: Maria Persaud

SIGNATURE OF MANAGER: _____   DATE: 6/10/21

*Associate refused to sign*

SIGNATURE OF ASSOCIATE: _____   DATE: _____

*Please promptly alert your Manager if you believe that the reason you were given this Progressive Counseling may be corrected by a reasonable accommodation for a disability. If you were counseled for violating the Attendance Policy, let your Manager know if your absence or lateness may be excused under any federal, state, or local law.*

CH001691



**COMPASS**
G R O U P®

## MEMORANDUM

To:     Joseph Pasquarello

From:  Michael Roche

Date:  June 1, 2021

Re:     Performance Plan

On several occasions we have discussed your role as Assistant Director of Fire Safety and the expectations you must fulfill in order to be successful on the job. I have observed that there are certain areas of your performance which continue to fall short of expectations, and as your immediate supervisor it is my responsibility to offer you coaching and guidance to help you improve.

I have created the attached performance improvement plan which identifies critical functions of your job which must be met and also identifies how we will measure success of these job functions.

Over the next 90 days, you and I will meet on a weekly basis and review your progress on this action plan, and I will offer you further feedback and coaching. Our weekly meeting will occur each Tuesday, where you will need to bring each week a copy of this performance plan, with written notes on the status of your performance, as well as the log books referenced in this plan. I am also welcome to hearing any suggestions you may have to improve your performance.

Attachment

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I have received this memorandum and the attached performance improvement plan. I am committed meeting this plan and meeting the company's performance expectations. I understand that if improvement is not shown, additional disciplinary action up to and including termination may result.

*Associate will follow plan but refuses to sign.*

| <ASSOCIATE SIGNATURE> | Date | <MANAGER SIGNATURE> | 6/10/21 Date |

*Mario Persaud*

CH001693

CH001694

*PURPOSE:* *(check one):*

_____ **Performance Enhancement Plan**: A plan to help improve the performance of an associate that lacks any previous progressive counseling bu[t] has shown the quality of his/her performance/behavior is not meeting company standards.

__X___ **Performance Improvement Plan**: A plan intended to provide non-performing associates with very specific action steps, which must be accomplished within a 30 to 90 day timeframe.

| Performance Improvement | Task to be completed by: | Measurement | Follow Up Notes |
|---|---|---|---|
| Timely completion and closing of all preventative maintenance tasks completed by a vendor or in house Fire Safety staff. | Joseph Pasquarello | PM's are to be completed and closed in TeamOps by the 25th day of the month. | |
| Attend all required meetings or let the organizer know that you will not attend at least one hour in advance of the scheduled start time. | Joseph Pasquarello | Accountability is required, if the meeting cannot be attended, the organizer should be notified in advance of the meeting. | |
| Obtain all required certificates of fitness required for Fire Marshals (except Z-89/F-89) | Joseph Pasquarello | Obtain F-01, ~~F-03~~, F-~~04/W-04~~, S-12, S13/S-14, S-95 by the end of this 90 day program. | |
| As a reminder, Joseph Pasquarello was asked to obtain his F-89 at the start of his employment in October 2019.  This was reiterated during the 2020 annual review. | Joseph Pasquarello | Obtain F-89 with building assigned to license prior to 10/1/21. | |
| Ensure all regulatory documentation for the previous month is received, reviewed and uploaded to TeamDoc by the 10th of the current month. | Joseph Pasquarello | Monthly review of TeamDoc after the 10th of the month. | |
| Ensure life safety work orders are created for all life safety deficiencies by the next business day per your current procedure. | Joseph Pasquarello | Weekly review of all deficiencies found by all vendors/in-house staff. | |
| Ensure all urgent impact ISLM are completed properly and closed out in TeamOps within 24 hours. | Joseph Pasquarello | Weekly review of all urgent impact ILSM. | |
| | | | |
| | | | |
| | | | |