# EXHIBIT E



To: Joseph Pasquarello

From: Michael Roche

Date: September 20, 2021

Re: Completion of Performance Improvement Plan

A 90-day performance improvement plan was issued to you on June 1, 2021. The plan provided you with seven areas where improvement was required. This memo will document the completion of that plan and specify any areas within the plan that continue to need improvement as well as acknowledge any realized improvement.

1. **Timely completion and closing of all preventative maintenance tasks completed by a vendor or in house Fire Safety staff.** – During the month of June, this requirement was not met and resulted in a second progressive counseling. This task was accomplished during the months of July and August. This is a critical item moving forward and needs to continue to improve.

2. **Attend all required meetings or let the organizer know that you will not attend at least one hour in advance of the scheduled start time.** – I am not aware of any issues related to this item and will consider this an improvement as a result of this plan.

3. *Obtain all required certificates of fitness required for Fire Marshals (except Z-89/F-89).* – You have obtained your F-01, F-03, F-04, W-07, S-12, S-13, S-14 & S-95. This task was successfully accomplished prior to the end of the plan.

4. *As a reminder, Joseph Pasquarello was asked to obtain his F-89 at the start of his employment in October 2019. This was reiterated during the 2020 annual review.* – Joseph has taken the required class and the initial classroom exam and is waiting for paperwork to clear with NYC. He has not obtained his license but is on a path to do so. Joseph needs to register to take an on site exam and then will need to successfully pass that exam in order for this task to be completed.

5. *Ensure all regulatory documentation for the previous month is received, reviewed and uploaded to TeamDoc by the 10th of the current month.* – Joe has struggled with this task. On August 24, myself, Joseph and Patricia Lizarazo met to review why this task had not been met for the month of July. Joe stated that he thought his supervisor was going to complete them but there was a clear miscommunication. After speaking with his

1500 Liberty Ridge Drive, Suite 210, Wayne PA 19087
www.crothall.com/our-services/facilities-management-fm

supervisor, it became clear that this transfer of responsibilities was not mentioned and Joe did not make any effort to review with him following that conversation until August 24th. Also related to this item, numerous documents for the month of August are missing and not uploaded. This is a critical item moving forward and needs to continue to improve.

6. **Ensure life safety work orders are created for all life safety deficiencies by the next business day per your current procedure.** – This was done successfully during the months of June and July. Presently, none of the documentation for August has been uploaded and it is not clear that this requirement was met.

7. **Ensure all urgent impact ILSM are completed properly and closed out in TeamOps within 24 hours.** – During the month of June, this requirement was not met and resulted in a second progressive counseling. This task was accomplished during the months of July and August. This is a critical item moving forward and needs to continue to improve.

This memo confirms the areas on the PIP that you have satisfactorily met, as well as areas where your performance continues to fall below expectations. For these areas, immediate improvement is required. Failure to meet the full expectations of your role may result in further progressive counseling up to and including termination. Please let me know if you would like to discuss further or if you have any suggestions which may improve your performance.

Sincerely,

Michael Roche, PE, CHFM

Resident Regional Manager

Mount Sinai Health System

[ PAGE   \* MERGEFORMAT ]

CH001251