# EXHIBIT A



# JOB DESCRIPTION

**Job Title:**     Fire Safety Manager
**Division:**      Facilities Management
**Reports To:**    Unit Director/ Fire Safety Assistant Director
**Prepared Date:** 05/03/2021

**SUMMARY:**

Oversees all fires safety department areas of responsibility under the direction of the Unit Director/Fire Safety Assistant Director.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**

- Understand and implement Fire & Life Safety policies
- Implement and manage Building Fire Safety Plans
- Perform ILSM assessment and document preparation
- Manage and implement hot works program
- Manage and review above ceiling permits
- Manage fire stopping program
- Manage and implement clear corridor program
- Participate in event walk-throughs to ensure life safety compliance
- Participate in EOC rounds and required follow-up for corrective work
- Manage and review lab inspections and required follow-up for corrective work
- Maintain all documentation of programs of responsibility
- Perform necessary audits to ensure full compliance with TJC standards and all governing agencies
- Perform all Manager responsibilities as requested by the Unit Director/ Fire Safety Assistant Director
- Participate in hospital emergency management meetings, hospital safety meeting and executive lab safety meetings
- Establish and maintain applicable vendor maintenance agreements
- Assist in the mitigation of violations and fines (FDNY, DOB, etc)
- Manage Fire Marshal staff to include, but not limited to (if applicable):
  - Shift staffing level and weekly payroll submissions
  - Manage and implement fire drill program
  - Manage and implement in-service training program
  - Manage and implement preventive maintenance programs, PM's and BMP's
  - Manage and review all Fire Marshal daily reports and Occurrence reports

Initials: _____



**SUPERVISORY FUNCTIONS:**

- Supervision of staff.
- Assigns work to staff.
- Participates in Union (fire marshal local) collective bargaining process
- Monitors work performance and prepares/reviews performance evaluations for assigned personnel.
- Schedules and approves vacation and holidays.
- Orients new employees and provides on-the-job training to assigned personnel.
- Resolve complaints and disciplines employees, as required.
- Interviews applicants and recommends qualified individuals for hire (if applicable)

**QUALIFICATIONS:**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily.  The requirements listed below are representative of the knowledge, skill, and/or ability required.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Customer service/interpersonal skills
- Problem-solving skills
- Analytical- computer skills
- Supervisory skills
- Financial acumen
- Presentation skills
- Team building and coaching skill

*Equipment, Machine, And Manual Skills Required:*

- Good physical condition and ability to operate departmental equipment.

*Physical Demands:*

- Sits; stands; bends; kneels; climb stairs, ladders, and equipment; has a good sense of balance to work on heights.  Some lifting of medium and/or heavy equipment and tools.

*Working Conditions:*

- Exposure to hazards or risks.  Heat, noise, dust and dirt, areas requiring infection control.  Ability to meet deadlines and make sound decisions, sometimes under stress.  Work flexible hours are necessary including nights and weekends to maintain the facility in a safe manner.

Initials: _____



*Personal Contacts:*

- Administrative, medical, supervisory staff, employees, patients, representatives of governmental agencies, architects, contractors, vendors, etc.  Interpersonal skills are necessary to deal effectively and courteously with the above contacts.

**EDUCATION/EXPERIENCE:**

Bachelor's degree in related field preferred or a minimum of five (5) years of experience in field preferred.

Certification requirements include:

- F-85 Fire Safety Director w/ active shooter & medical emergency preparedness (must work towards obtaining certification within 6-12 months of hiring date)
- S-12 Sprinkler System Certificate of Fitness (must work towards obtaining certification within 3 months of hiring date)
- S-13 Standpipe System Certificate of Fitness (must work towards obtaining certification within 3 months of hiring date)
- S-95 FA System Certificate of Fitness (must work towards obtaining certification within 3 months of hiring date)
- F-07 Fire & Emergency Drill Certificate of Fitness (must work towards obtaining certification within 3 months of hiring date)

Preferred Certifications:
- NFPA 101 training
- OSHA 10hr

**COMPUTER SKILLS:**

Proficient in the use of Windows based office software including but not limited to Microsoft Office, Word, Excel, PowerPoint and Outlook.


Associate Name: _____

Signature: _____

Date: _____

Initials: _____