UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PASQUARELLO, | No. 21-08732-JMF |
| Plaintiff, | **DECLARATION OF SHAWN M. CLARK** |
| v. | |
| CROTHAL HEALTHCARE, INC., MICHAEL ROCHE | |
| Defendant. | |

I, **Shawn M. Clark**, an attorney duly admitted to practice law in the State of New York, hereby affirms upon information and belief pursuant to 28 U.S.C. § 1746 and under the penalties of perjury that:

1.      I am a shareholder with the law firm of Littler Mendelson, P.C. which represents Defendant in this action.

2.      I submit this declaration in support of Defendant's Motion for Summary Judgment and to place before the Court certain documents in support of Defendant's motion.

3.      Attached hereto as Exhibit A is a true and correct copy of the Deposition of Joseph Pasquarello dated July 15, 2022.

4.      Attached hereto as Exhibit B is a true and correct copy of the Deposition of Chris Harigel dated August 2, 2022.

5.      Attached hereto as Exhibit C is a true and correct copy of the Deposition of Michael Roche dated August 5, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
       October 4, 2022

                                                     */s/ Shawn M. Clark*
                                         Shawn M. Clark