UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH PASQUARELLO,

                      Plaintiff,                  21 **CIVIL** 8732 (JLR)

      -against-                         **JUDGMENT**

CROTHALL HEALTHCARE, INC. and
MICHAEL ROCHE,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 5, 2023, Defendants' motion for summary judgment is GRANTED in part. Counts 1 and 2 are dismissed with prejudice, and all other counts are DISMISSED without prejudice to renewal in state court. Accordingly, the case is closed.

**Dated:**  New York, New York
           September 5, 2023

                                                             **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                        **BY:**  _____
                                                                      **Deputy Clerk**